## GRESHAM v. BOWEN and Another.

A *ca. sa.* issued under the statute of 1838 on a justice's judgment, without a
previous return of *nulla bona* to a *fi. fa.;* or an affidavit filed as prescribed by
the statute, is illegal; and a bond for the prison-limits, executed upon the
arrest of the judgment-debtor on a *ca. sa.* so issued, is without consideration.

ERROR to the *Carroll* Circuit Court.                *Monday,*
*June 23.*
DEWEY, J.—A. H. and N. W. Bowen brought an action of
debt against *Hamilton* and *Gresham,* on a prison-bounds
bond. The declaration sets forth the recovery of a judgment
by the plaintiffs below against *Hamilton* before a justice of
the peace, the issuing of a *ca. sa.* upon the judgment, the
arrest of *Hamilton* upon the execution, and the giving of the
bond by *Hamilton* and *Gresham* upon which the action is
founded. The condition of the bond is, that *Hamilton* should
attempt no manner of escape, but should remain a true pri-
soner within the prison-bounds. Breach, that *Hamilton* did

May Term, 1845.

not remain a true prisoner, but escaped and went at large beyond the prison-bounds. A return of "not found" was suggested as to *Hamilton*. *Gresham* demurred to a part of the declaration, and the demurrer was correctly overruled. He then pleaded three pleas, two of which, the first and the third, were properly decided to be bad upon demurrer.

The second plea was, that no return of *nulla bona* had been made, nor affidavit filed before the justice, previously to issuing the execution on which *Hamilton* was arrested. A general demurrer to this plea was sustained. Damages assessed by the Court by consent of the parties; and final judgment for the plaintiffs.

The judgment is erroneous. To authorize the justice to issue the *ca. sa.* on which *Hamilton* was arrested, there should have been a return of no goods found to a *fieri facias*, or an affidavit, prescribed by the statute, filed with the justice. R. S. 1838, p. 381. The plea negatives both the return and the affidavit, and consequently shows that the *ca. sa.* was illegally issued. The arrest of *Hamilton*, therefore, was unlawful so far as the plaintiffs were concerned, and the bond for the prison-bounds was executed without consideration. The demurrer to the second plea should have been overruled.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*H. P. Biddle*, for the plaintiff.

*A. L. Robinson*, for the defendants.